|    |    |    |
|----|----|----|
| | **UNITED STATES DISTRICT COURT** | |
| | **SOUTHERN DISTRICT OF CALIFORNIA** | |
| CARL RICES, | | CASE NO. 18cv295-GPC(AGS) |
| | Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*** |
| vs. | | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | | [Dkt. No. 2.] |
| | Defendant. | |

On February 7, 2018, Plaintiff Carl Rices ("Plaintiff"), with counsel, filed a Complaint seeking review of the Commissioner's decision denying his application for disability insurance benefits and supplemental security income. (Dkt. No. 1.) Plaintiff also concurrently filed a motion to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). (Dkt. No. 2.)

All proceedings filed with the District Court require a filing fee unless the Court grants IFP status, waiving the fee. Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). Under 28 U.S.C. § 1915(a), the Court may waive the filing fee if a party demonstrates an inability to pay by submitting an affidavit reporting all assets of the individual. 28 U.S.C. § 1915(a).

Here, Plaintiff submitted a declaration reporting that he is not presently employed and that he has not worked during the past two years. (Dkt. No. 2 at 1-2.) He declares that he has no income, no bank accounts and relies on his spouse, who is

employed and makes $1,344.00/month, and his daughter who pays for their food and helps with gas costs.

In consideration of Plaintiff's application, he has sufficiently demonstrated that he is unable to pay the required filing fee and meets the requirements to proceed IFP. Therefore, the Court **GRANTS** Plaintiff's motion to proceed IFP.

IT IS SO ORDERED.

DATED: February 12, 2018

HON. GONZALO P. CURIEL
United States District Judge